IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FRANCISCO RAMIREZ | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-00033-KC |
| LEON FONSECA and the CITY OF EL PASO, TEXAS | § § § § | |
| *Defendants*, | § | |

**PLAINTIFF'S SECOND NOTICE TO COURT CONCERNING SERVICE ON REPRESENTATIVES OF PLAINTIFF'S INTESTATE ESTATE**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Joseph R. Veith, attorney for Plaintiff FRANCISCO RAMIREZ ("Plaintiff") and files this Notice and would respectfully show the Court as follows:

1. On November 16, 2021, the undersigned notified the Court of Plaintiff's recent death [Dkt. 79].

2. On November 17, 2021, the Court ordered Plaintiff's attorney to notify the Court of the possible successors to Plaintiff's lawsuit [Dkt. 80].

3. On December 2, 2021 the Court ordered Plaintiff's counsel to serve notice of the Suggestion of Death filed by the Parties consistent with FRCP Rules 4 and 25. [Dkt. 83].

4. Plaintiff's counsel has provided all known potential representatives of Plaintiff's estate with notice of the Suggestion of Death referenced above.

Signed on this the 7th day of February, 2022.

        Respectfully submitted,

        **JOSEPH VEITH LAW**
        2511 N. Stanton St.
        El Paso, Texas 79902
        Telephone:    (915) 540-9187
        Facsimile:    (915) 207-1206
        jveith@joeveith.com

By:   /s/ *Joseph Veith*
       JOSEPH VEITH
       State Bar No. 24058359
       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I delivered a true and correct copy of the attached document to Defendants' attorneys of record Via ECF.

By:   /s/ *Joseph Veith*
       JOSEPH VEITH