# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| FRANCISCO RAMIREZ, | § § § § § | |
| Plaintiff, | § § | |
| v. | § | CAUSE NO. EP-18-CV-33-KC |
| LEON FONSECA and CITY OF EL PASO, | § § § § | |
| Defendants. | § § | |

## **ORDER**

On this day, the Court considered the above-captioned case. On November 17, 2021, the parties filed a Joint Suggestion of Death informing the Court that Plaintiff had died. ECF No. 79. The Court thereafter ordered Plaintiff's counsel to serve the Suggestion of Death on the successors and representatives of Plaintiff's estate as required by Rules 4 and 25, and to file proof of such service with the Court. ECF Nos. 83, 86; *see also Sampson v. ASC Indus.*, 780 F.3d 679, 681 (5th Cir. 2015).

On February 7, 2022, Plaintiff's counsel informed the Court that he had "provided all known potential representatives of Plaintiff's estate with notice of the Suggestion of Death." ECF No. 87. The Court finds that this notice satisfies the requirements of Rules 4 and 25 and accordingly **ORDERS** that, unless one of Plaintiff's successors or representatives files a motion for substitution **on or before May 9, 2022**, the case shall be dismissed. *See* Fed. R. Civ. P. 25(a)(1).

**SO ORDERED.**

**SIGNED this 8th day of February, 2022.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE