

San Antonio l Austin l Rio Grande Valley l Texas Gulf Coast
2500 W. William Cannon Drive, Suite 609 l Austin, Texas 78745-5320
V 512-279-6431 I F 512-279-6438

March 17, 2022

Clerk of the Court  via Electronic Notification
U.S. District Clerk's Office
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

RE: *Francisco Ramirez v. Leon Fonseca and the City of El Paso, Texas*
Civil Action No. 3:18-cv-00033-KC, in the Western District of Texas – El Paso Division

To the Honorable Clerk of the United States District Court:

Please be advised that I will be on vacation and out of the State during the following time periods:

April 20, 2022, through April 26, 2022; and
June 11, 2022, through June 20, 2022.

By means of this correspondence, I respectfully request that no hearings or trials be set during these times, or immediately thereafter. I further request that no discovery, motions, pleadings, or other instruments be filed or served when required a response to be filed during this period or immediately thereafter.

Best regards,

SCOTT M. TSCHIRHART
*Counsel for Defendant*
*City of El Paso, Texas*
smtschirhart@rampagelaw.com

SMT/ha

Clerk of the Court
March 17, 2022
**2 |** P a g e

cc: Joseph Veith via Electronic Notification
Jim Darnell/Jeep Darnell via Electronic Notification